No. 9211.

EX PARTE MITCHELL.

SUPREME COURT.—*Record.*—*Allowance to Clerk.*—Where a county clerk presents a claim for special services for a term of court, but offers no evidence in support thereof, and no finding is made that the services were rendered, and the court refuses to allow the claim, no question is presented by the record to the Supreme Court, on appeal.

From the Floyd Circuit Court.

*J. H. Stotsenburg,* for appellant.

BEST, C.—At the September term, 1880, of the Floyd Circuit Court, the following bill of expenses was submitted to the judge of said court for allowance:

"Floyd county, to John B. Mitchell, Clerk, Dr.

"Clerk's bill of expenses for the September term of the Floyd Circuit Court:

"1. To making up dockets, 291 cases @ 60c . . . . $174.60

"2. To report of letters of administration and guardianships issued in vacation, and entering same . 15.00

"3. To report wherein reports are due in estates and guardianships . . . . . . . . . . . . . . 25.00

" 4. To reports wherein inventories are due in estates　20.00
" 5. To issuing grand jury subpœnas (100@8c)　. .　8.00
" 6. To issuing venire for grand and petit jurors . .　1.00
" 7. To entering on record grand jury reports of in-
dictments returned into court (9@50c) . . . . .　4.50
" 8. To recording indictments (26@50c) . . . . .　13.00
" 9. To entering and certifying to auditor grand jury
reports on jail . . . . . . . . . . . . . . .　2.00
" 10. To entering court allowances (4@50c) . . . .　2.00
" 11. To copying and certifying court allowances to
auditor . . . . . . . . . . . . . . . . . .　14.00
" 12. To services rendered in State cases lost by State 100.00
" 13. To postal expenses . . . . . . . . . . . .　6.00
" 14. To express charges . . . . . . . . . . . .　.50

$385.60

" I certify the above to be correct.

"J. B. MITCHELL, Clerk."

The court, after an examination of the claim, allowed the 5th, 14th, and $1 of the 11th item, and refused to allow the residue, to which refusal the appellant excepted. From this order this appeal is taken, and the error assigned is the refusal of the court to allow and order paid the residue of appellant's claim.

No evidence was offered in support of appellant's claim, and no finding was made that appellant had rendered the services or expended the money mentioned in his statement. In this condition of the record, no question is presented. In the absence of a showing or a finding, the questions sought to be raised are mere abstract questions.

For these reasons, the order made by the court should be affirmed.

PER CURIAM.—It is therefore ordered, upon the foregoing opinion, that the judgment be and it is hereby in all things affirmed, at the appellant's costs.